UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBEX ČR s.r.o., | |
|           Plaintiff, | C22-0160 TSZ |
|   v. | MINUTE ORDER |
| THANG DANG, et al., | |
|           Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The unopposed motion brought by William Cornell and Daniel Rankin of Preg O'Donnell & Gillet PLLC, docket no. 26, to withdraw as counsel of record for Defendant Thang Dang is GRANTED. William Cornell, Daniel Rankin, and Preg O'Donnell & Gillet PLLC are granted leave to withdraw as counsel of record for Defendant Dang, effective immediately.

(2) When an attorney appears in this Court *pro hac vice*, that attorney must associate with local counsel. Local Rules W.D. Wash. LCR 83.1(d)(1). Messrs. Cornell and Rankin were serving as local counsel for Defendant Dang's counsel, Kristine B. Hubbard of The Hubbard Law Firm P.C. Ms. Hubbard is ORDERED to associate with new local counsel no later than December 29, 2023. Failure to timely arrange for the appearance of substitute local counsel will result in the revocation of Ms. Hubbard's *pro hac vice* admission to represent Defendant Dang before this Court.

(3) In the event Ms. Hubbard's *pro hac vice* admission is revoked, Defendant Dang is DIRECTED to retain substitute counsel no later than February 27, 2024. If, as of February 27, 2024, Defendant Dang is not represented by Ms. Hubbard and properly associated local counsel, or by new counsel, Defendant Dang will then be deemed to be

MINUTE ORDER - 1

proceeding *pro se*. *Pro se* litigants are expected to comply in all respects with obligations imposed upon counsel. *See* Local Rules W.D. Wash. LCR 16(m)(3).

(4) Plaintiff's motion to compel, docket no. 25, is RENOTED to April 26, 2024. Any response to the motion must be filed by April 19, 2024. Any reply must be filed by the new noting date. Failure to respond to the motion will be considered an admission that the motion has merit. *See* Local Rules W.D. Wash. LCR 7(b)(2).

(5) All other pending dates and deadlines in this case are STRICKEN.

(6) The Clerk is directed to send a copy of this Minute Order to all counsel of record. Preg O'Donnell & Gillet PLLC is ORDERED to serve a copy of this Minute Order on Defendant Dang and file proof of service no later than November 22, 2023. The Clerk is also directed to send a copy of this Minute Order to Defendant Dang at thangdm@gmail.com.

Dated this 9th day of November, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2