UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBEX ČR s.r.o., | |
| Plaintiff, | |
| v. | C22-0160 TSZ |
| THANG DANG, et al., | MINUTE ORDER |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On November 9, 2023, the Court granted William Cornell and Daniel Rankin of Preg O'Donnell & Gillet PLLC's motion to withdraw as local counsel for Defendant Thang Dang. *See* Minute Order (docket no. 30). Because Defendant Dang's lead counsel, Kristine B. Hubbard of The Hubbard Law Firm P.C., was admitted to practice before this Court *pro hac vice*, the Court ordered her to associate with new local counsel by December 29, 2023. *See id.* In the event Ms. Hubbard failed to timely associate with new local counsel, the Court warned that her *pro hac vice* status would be revoked, and that Defendant Dang would have to retain new counsel or notify the Court of his intent to proceed *pro se* no later than February 27, 2024. *See id.* The Court further ordered that Defendant Dang, whether represented by counsel or proceeding *pro se*, was to respond to Plaintiff's motion to compel, docket no. 25, no later than April 19, 2024. *See* Minute Order (docket no. 30). Ms. Hubbard has failed to timely retain new local counsel. Defendant Dang has also failed to timely retain new counsel, notify the Court of his intent to proceed *pro se*, or respond to Plaintiff's motion to compel. Accordingly, the Court ORDERS as follows:

MINUTE ORDER - 1

(a) The Order granting Ms. Hubbard leave to appear *pro hac vice*, docket no. 15, is hereby VACATED. The Clerk's Office is DIRECTED to terminate Kristine B. Hubbard as counsel of record for Defendant Dang.

(b) Because he has failed to timely retain new counsel, the Court deems Defendant Thang Dang to be proceeding in this case *pro se*.

(c) Defendant Dang is ORDERED TO SHOW CAUSE, no later than July 26, 2024, why default should not be entered against him for failing to comply with the Court's orders and for failing to defend this case.

(d) Plaintiff's motion to compel, docket no. 25, is STRICKEN without prejudice to refiling pending Defendant Dang's response to the Court's order to show cause.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record. The Clerk is also directed to send a copy of this Minute Order to Defendant Dang at thangdm@gmail.com.

Dated this 24th day of May, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2