UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REBEX ČR s.r.o.,

         Plaintiff,

  v.

THANG DANG, et al.,

         Defendant.

C22-0160 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff failed to file a certificate of service in relation to its motion for default, *see* docket no. 34. Accordingly, Plaintiff's motion for default is RENOTED to October 7, 2024. Defendant Thang Dang must file any response to the motion by September 30, 2024; any reply must be filed by the new noting date. Plaintiff is DIRECTED to serve its motion for default, the Court's Minute Order at docket no. 33, and this Minute Order on Defendant Thang Dang via email to thangdm@gmail.com. Proof of service must be filed no later than August 22, 2024.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of August, 2024.

                                       Ravi Subramanian
                                       Clerk

                                       s/Laurie Cuaresma
                                       Deputy Clerk

MINUTE ORDER - 1